UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULI NIESEN,

        Plaintiff,

v.                      Case No: 2:13-cv-365-FtM-29CM

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #25), filed on June 18, 2014, recommending that the Decision of the Commissioner be affirmed. No objections have been filed, and the time to do so has expired.

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004)(citing Lewis v. Callahan, 125 F.3d 1436, 1439 (11th Cir. 1997)). Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Moore v. Barnhart, 405 F.3d 1208, 1211 (11th Cir. 2005)(citing Crawford, 363 F.3d at 1158-59). Even if the evidence

preponderates against the Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence.   <u>Crawford</u>, 363 F.3d at 1158-59 (citing <u>Martin v. Sullivan</u>, 894 F.2d 1520, 1529 (11th Cir. 1990)).   The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner. <u>Moore</u>, 405 F.3d at 1211 (citing <u>Bloodsworth v. Heckler</u>, 703 F.2d 1233, 1239 (11th Cir. 1983)); <u>Dyer v. Barnhart</u>, 395 F.3d 1206, 1210 (11th Cir. 2005)(citing <u>Phillips v. Barnhart</u>, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004)).   The Court reviews the Commissioner's conclusions of law under a *de novo* standard of review.   <u>Ingram v. Comm'r of Soc. Sec. Admin.</u>, 496 F.3d 1253, 1260 (11th Cir. 2007)(citing <u>Martin</u>, 894 F.2d at 1529).

After an independent review, the Court agrees with the findings and recommendations in the Report and Recommendation. The Court agrees that the vocational expert's testimony was supported by substantial evidence, and that the ALJ did not err by relying on the testimony.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #25) is **accepted and adopted** by the Court, and the findings incorporated herein.

2.    The Decision of the Commissioner of Social Security is **affirmed**.

3.    The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___10th___ day of July, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
U.S. Magistrate Judge

Counsel of Record